IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-106-BO

ADZELLE COLLYMORE,

    Plaintiff,

v.                                              Civil Action No. 5:22-CV-106-BO
                                                   Hon. Judge Terrance A. Boyle

GROWING CHILD PEDIATRICS, P.A.,
and GCP MANAGEMENT SERVICES,
INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff hereby gives notice that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), she hereby dismisses defendants Growing Child Pediatrics, P.A. and GCP Management Services, Inc., as defendants in this civil action. Each party will bear her or its own costs.

Dated this 4th day of May, 2023.

/s/ Clayton G. Anderson
Clayton G. Anderson
North Carolina State Bar No. 34464
The Masters Law Firm, l.c.
181 Summers Street
Charleston, West Virginia 25301
Telephone: (304) 342-3106
Facsimile: (304) 342-3189
cga@themasterslawfirm.com
*Counsel for Plaintiff*

| | |
|---|---|
| /s/ William S. Cherry *with permission* | /s/ J. Gray Wilson *with permission* |
| William S. Cherry III | J. Gray Wilson |
| North Carolina State Bar No. 33860 | North Carolina State Bar No. 46509 |
| Manning, Fulton & Skinner, P.A. | Manning, Fulton & Skinner, P.A. |
| 3605 Glenwood Avenue, Suite 500 | 3605 Glenwood Avenue, Suite 500 |
| P.O. Box 20389 | P.O. Box 20389 |
| Raleigh, North Carolina 27619 | Raleigh, North Carolina 27619 |
| Telephone: (919) 787-8880 | Telephone: (919) 787-8880 |
| Facsimile: (919) 325-4607 | Facsimile: (919) 325-4607 |
| cherry@manningfulton.com | wilson@manningfulton.com |
| *Counsel for Defendants* | *Counsel for Defendants* |

F:\Clay\Collymore\o003.docx

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-106-BO

**ADZELLE COLLYMORE,**

 **Plaintiff,**

v.               Civil Action No. 5:22-CV-106-BO
                Hon. Judge Terrance A. Boyle

**GROWING CHILD PEDIATRICS, P.A.,**
**and GCP MANAGEMENT SERVICES,**
**INC.,**

 **Defendants.**

## CERTIFICATE OF SERVICE

 I, Clayton G. Anderson, hereby certify that on May 4, 2023, that true and exact copies of the foregoing "Stipulation of Dismissal with Prejudice" were served upon:

 William S. Cherry
 J. Gray Wilson
 Manning, Fulton & Skinner, P.A.
 3605 Glenwood Avenue, Suite 500
 P.O. Box 20389
 Raleigh, North Carolina 27619
 cherry@manningfulton.com
 wilson@manningfulton.com
 *Counsel for Defendants*

in an envelope properly addressed, stamped and deposited in the regular course of the United States Mail, this 4th day of May, 2023.

              */s/ Clayton G. Anderson*
              Clayton G. Anderson
              North Carolina State Bar No. 34464

F:\x06.docx